FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 5:02 pm, Sep 09, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:20-cr-13 |
| ERICA MANDRELL, | |
| Defendant. | |

# **O R D E R**

On September 8, 2020, the parties filed their Joint Status Report. Doc. 51. In that Report, the parties state that all pretrial motions filed in this case as to Defendant Erica Mandrell have been resolved. Accordingly, the Court **DENIES as moot** all motions, docs. 29–36, as to Erica Mandrell. The motions hearing scheduled for September 30, 2020 at 10:00 a.m. in the Waycross Federal Courthouse is cancelled as to Defendant Erica Mandrell.

**SO ORDERED**, this 9th day of September, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA